IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JACK PAUL HEINEY, | ) | Case No. 3:21 cv 0501 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| ATTORNEY GENERAL FOR THE STATE | ) | |
| OF OHIO, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

Before the Court is Interim Report and Recommendation of Magistrate Judge Kathleen B. Burke. ("R&R") ECF Doc. 16. The R&R recommends that the Court deny Petitioner Heiney's Amended Motion to Stay. ECF Doc. 13. The R&R was filed on May 21, 2021 and objections were due by June 4, 2021. To date, no objections to the R&R have been filed.

28 U.S.C. § 636(b)(1) provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by the rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.

The failure to timely file written objections to a magistrate's R&R constitutes a waiver of the right to obtain a *de novo* review of the R&R in the district court. *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Here, the time for objection has passed, and no objections have been filed. The Court has reviewed the magistrate's R&R and agrees that Petitioner Heiney's Amended Motion to Stay should be denied. Accordingly, the Court ADOPTS the R & R (ECF Doc. 16) in full and DENIES Petitioner Heiney's Amended Motion to Stay. ECF Doc. 13.

IT IS SO ORDERED.

Dated: June 9, 2021

                                          *s/Dan Aaron Polster*
                                          United States District Judge